UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DARYL STEVEN PROULX, | Case No. 2:20-cv-00063 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

## JUDGMENT

In accordance with the Opinion issued herewith, and for the reasons stated on the record, **IT IS ORDERED** that the Commissioner's decision is REVERSED and REMANDED.

Dated: September 2, 2021                         /s/ *Maarten Vermaat*
                                                  Maarten Vermaat
                                                  U. S. MAGISTRATE JUDGE